1   John L. Sun, SBN 62954
    johnlsun@att.net
2   David S. Sun, SBN 238201
    david@sunlawoffices.com
3   LAW OFFICES OF JOHN L. SUN
    3550 Wilshire Boulevard, Suite 1250
4   Los Angeles, California 90010
    Telephone No. (213) 382-7205
5   Facsimile No. (213) 384-2693

6   *Attorneys for Plaintiff,* CHUN KAI LIN

JS-6

FILED
CLERK. U.S. DISTRICT COURT

MAR 1 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

7
8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10  CHUN KAI LIN,                          CASE NO.: SACV 09-1483-JVS(MLGx)

11              Plaintiff,
                                           STIPULATION TO DISMISS AND
12      vs.                                [PROPOSED] ORDER

13  JANET NAPOLITANO ETC., ET AL.,

14              Defendants.

15

16      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of

17  record, hereby stipulate, subject to the approval of the Court, to the dismissal of the above-entitled

18  action without prejudice in light of the recent decision by the United States Citizenship and Immigration

19  Services to reopen and restore Plaintiff's adjustment of status application (Form I-485) to pending

20  status.

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1

STIPULATION TO DISMISS

1   Each of the parties shall bear their own costs and fees.

2   Dated: March 9, 2010                          Respectfully submitted,

3                                                 LAW OFFICES OF JOHN L. SUN

4

5

6                                                 David S. Sun
                                                  Attorneys for Plaintiff

7

8   Dated: March 9, 2010

9                                                 KATHRYN L. MOORE
                                                  Trial Attorney, Office of Immigration Litigation
                                                  Attorney for Defendants

10

11                              **ORDER**

12   Pursuant to stipulation, IT IS SO ORDERED.

13

14   Dated: 3\11\10

15                                                JAMES V. SELNA
                                                  United States District Judge

16

17

18

19

20

21

22

23.

24

25

26

27

28

STIPULATION TO DISMISS